# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard A. Capell,

    Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:10-cv-355-RJC

NC Division of Vocational Rehabilitation Services, et al.,

    Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 10, 2011 Order.

                        Signed: August 10, 2011

                        Frank G. Johns, Clerk
                        United States District Court